| Prob 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 3:11CR50080-1 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 3:24-cr-00183 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Illinois Northern | DIVISION Western |
|---|---|---|
| Aldridge Nolan | NAME OF SENTENCING JUDGE Philip G. Reinhard | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 09/03/2024 | TO 09/02/2029 |

OFFENSE

UNLAWFUL TRANSPORT OF FIREARMS - ETC. 18:922G.F ARMED CAREER CRIMINAL 18:924E.F

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision) Released from term of custody to MD/TN and has no plans to return to ND/IL.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   "Northern District of Illinois "

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Middle District of Tennessee   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

October 16, 2024
*Date*

*Philip G. Reinhard*
*United States District Judge*
*Honorable Philip G. Reinhard*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Middle District of Tennessee

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

October 17, 2024
*Effective Date*

*Eli Richardson*
*United States District Judge*